Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDUARDO MARTINEZ, individually, and IVONNE MARTINEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation, <br><br> Defendants. | Case No.: 2:19-cv-01886-JAD-VCF <br><br> STIPULATION AND [PROPOSED] ORDER TO STAY ALL PROCEEDINGS PENDING BINDING ARBITRATION PURSUANT TO 9 U.S.C. § 3 |

The Parties, Plaintiffs, Eduardo Martinez & Ivonne Martinez (collectively "Plaintiffs"), and defendants Diamond Resorts International, Inc. ("DRI"), Diamond Resorts U.S. Collection Development, LLC ("DRUSC"), and Diamond Resorts U.S. Collection Members Association ("DRUSCMA", and with DRI and DRUSC, "Defendants") by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Stay Proceedings Pending Binding Arbitration pursuant to 9 U.S.C. § 3 as follows:

## RECITALS

WHEREAS, Plaintiffs filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada, on October 7, 2019 against Defendants;

WHEREAS, Defendants removed the case to this Court on October 24, 2019;

WHEREAS, Plaintiffs' claims arise from their purchase of certain timeshare interests from DRUSC;

WHEREAS, each purchase agreement contains a provision whereby all disputes must be submitted to binding arbitration administered by JAMS pursuant to the JAMS Streamlined Rules ("JAMS Arbitration");

WHEREAS, Plaintiffs agree that all of their claims are subject to the JAMS Arbitration provision;

WHEREAS, the Plaintiffs will submit this matter to JAMS Arbitration within ten (10) days;

WHEREAS, the Parties agree that proceedings in this Court should be stayed pending the completion of JAMS Arbitration. The Parties further agree that this Court should retain jurisdiction to confirm the arbitration award, if any, and to enter judgment, if any, for purposes of enforcement.

## STIPULATION

Plaintiffs and Defendants, by and through their attorneys of record, hereby stipulate as follows:

1. All claims asserted in Plaintiffs' Complaint will be resolved through JAMS Arbitration;
2. Plaintiffs will submit this matter for JAMS Arbitration within ten (10) days;
3. All proceedings in this Court shall be stayed to allow the completion of the JAMS Arbitration; and

///
///
///
///
///
///
///
///

41631292v1

4. This Court shall retain jurisdiction to confirm the award, if any, and to enter judgment, if any, for purposes of enforcement.

Dated this 25th day of October, 2019.

| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | GREENSPOON MARDER LLP |
|---|---|
| By: /s/ G. Mark Albright, Esq.<br>G. Mark Albright, Esq.<br>Nevada Bar No. 1394<br>801 S. Rancho Dr., Ste. D-4<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiffs* | By: /s/ Phillip A. Silvestri, Esq.<br>PHILLIP A SILVESTRI, ESQ.<br>Nevada Bar No. 11276<br>3993 Howard Hughes Pkwy, Suite 400<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

## ORDER

1. The stipulation of the parties to submit this matter to arbitration is **GRANTED**;

2. All pending deadlines and hearings are vacated;

3. This matter is **STAYED**, pursuant to 9 U.S.C. § 3, to allow completion of the JAMS Arbitration; and

4. Every 120 days, and no later than 30 day after the issuance of the arbitrator's decision, counsel **SHALL** file a joint status report; and

5. The Court retains jurisdiction to confirm the arbitration award and enter judgment for purposes of enforcement.

**IT IS SO ORDERED.**

Dated: 10/29/19

~~United States Judge~~

CAM FERENBACH
U.S. MAGISTRATE JUDGE

Page 3 of 3

41631292v1