# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| EDUARDO MARTINEZ, *et al.*, | |
|---|---|
| Plaintiffs, | |
| vs. | 2:19-cv-01886-JAD-VCF |
| DIAMOND RESORTS INTERNATIONAL, INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is Eduardo Martinez, et al. v Diamond Resorts International, Inc., case number 2:19-CV-01886-JAD-VCF.

On October 29, 2019, the Court stayed this matter to allow the completion of the JAMS arbitration. (ECF NO. 6). The parties were ordered to file a status report by February 26, 2020. *Id.*

To date, no status report has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, March 13, 2020, in Courtroom 3D.

DATED this 2nd day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE