G. MARK ALBRIGHT, ESQ.
NV Bar No. 001394
JORGE L. ALVAREZ., ESQ.
NV Bar No. 014466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel:  702.384.7111
Fax: 702.384.0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRCT OF NEVADA

| | |
|---|---|
| EDUARDO MARTINEZ, individually, and IVONNE MARTINEZ, individually<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation;<br><br>Defendants. | CASE NO.: 2:19-cv-01886-JAD-VCF<br><br>**STIPULATION AND ORDER TO VACATE AND RESCHEDULE STATUS HEARING** |

**COME NOW**, Plaintiffs, EDUARDO MARTINEZ, indivudally, and IVONNE MARTINEZ, individuall (hereafter the "Plaintiffs" or "Martinez"), by and through their undersigned counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendants, DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation, by and through their counsel of record, Phillip A. Silvestri, Esq. of

Martinez v. Diamond Resorts International, Inc.; et al
Case No. 2:19-cv-01886-JAD-VCF
SAO to Vacate and Reschedule Status Hearing p. 2

GREENSPOON MARDER LLP, and hereby agree and stipulate to the following:

1. That the Status Hearing scheduled for tomorrow, Friday March 13, 2020 at 11:00 a.m. be vacated based on the information provided in the Joint Status Report filed on March 11, 2020, stating that this matter is still currently in the beginning stages of the arbitration with JAMS; and

2. That the stay of this matter continue and the Status Hearing be rescheduled for Friday, July 31, 2020, at 10:00 AM.

| Dated this 12th day of March, 2020. | Dated this 12th day of March, 2020. |
|---|---|
| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | GREENSPOON MARDER LLP |
| /s/ Jorge L. Alvarez, Esq.<br>By_____<br>G. MARK ALBRIGHT, ESQ., (001394)<br>JORGE L. ALVAREZ, ESQ. (014466)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Phone: (702) 384-7111<br>Email: gma@albrightstoddard.com<br>*Attorneys for Plaintiff* | /s/ Phillip A. Silvestri, Esq.<br>By _____<br>Phillip A. Silvestri, Esq., (11276)<br>3993 Howard Hughes Pkwy., #400<br>Las Vegas, Nevada 89169<br>Tel: 702.978.4251<br>Fax: 954.333.4256<br>phillip.silvestri@gmlaw.com<br>*Attorney for Defendants* |

IT IS SO ORDERED this 12th day of March, 2020.

IT IS HEREBY ORDERED that the status Hearing scheduled for March 13, 2020 is VACATED and RESCHEDULED to Friday, July 31, 2020, at 10:00 AM.

_____
Cam Ferenbach
U.S. Magistrate Judge

LAW OFFICES
ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
A PROFESSIONAL CORPORATION
QUAIL PARK, SUITE D-4
801 SOUTH RANCHO DRIVE
LAS VEGAS, NEVADA 89106