G. MARK ALBRIGHT, ESQ.
NV Bar No. 001394
JORGE L. ALVAREZ., ESQ.
NV Bar No. 014466
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, Nevada 89106
Tel:  702.384.7111
Fax:  702.384.0605
gma@albrightstoddard.com
jalvarez@albrightstoddard.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRCT OF NEVADA**

| | |
|---|---|
| EDUARDO MARTINEZ, individually, and IVONNE MARTINEZ, individually<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation;<br><br>Defendants. | CASE NO.: 2:19-cv-01886-JAD-VCF<br><br>**STIPULATION AND ORDER TO VACATE AND RESCHEDULE STATUS HEARING** |

**COME NOW**, Plaintiffs, EDUARDO MARTINEZ, indivudally, and IVONNE MARTINEZ, individuall (hereafter the "Plaintiffs" or "Martinez"), by and through their undersigned counsel of record, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, and Defendants, DIAMOND RESORTS INTERNATIONAL, INC., a Delaware corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; and DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation, by and through their counsel of record, Phillip A. Silvestri, Esq. of

Martinez v. Diamond Resorts International, Inc.; et al
Case No. 2:19-cv-01886-JAD-VCF
SAO to Vacate and Reschedule Status Hearing p. 2

GREENSPOON MARDER LLP, and hereby agree and stipulate to the following:

1. That the Status Hearing scheduled for Friday July 31, 2020 at 10:00 a.m. be vacated based on the information provided in the Joint Status Report filed herein on July 28, 2020, stating that this matter is still currently in the beginning stages of the arbitration with JAMS; and

2. That the stay of this matter continue and the Status Hearing be rescheduled for Friday, November 20, 2020, or as soon thereafter as the Court can set the hearing.

| Dated this 28th day of July, 2020. | Dated this 28th day of July, 2020. |
|---|---|
| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | GREENSPOON MARDER LLP |
| /s/ Jorge L. Alvarez, Esq.<br>By_____<br>G. MARK ALBRIGHT, ESQ., (001394)<br>JORGE L. ALVAREZ, ESQ. (014466)<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Phone: (702) 384-7111<br>Email: gma@albrightstoddard.com<br>*Attorneys for Plaintiff* | /s/ Phillip A. Silvestri, Esq.<br>By _____<br>Phillip A. Silvestri, Esq., (11276)<br>3993 Howard Hughes Pkwy., #400<br>Las Vegas, Nevada 89169<br>Tel: 702.978.4251<br>Fax: 954.333.4256<br>phillip.silvestri@gmlaw.com<br>*Attorney for Defendants* |

IT IS SO ORDERED this 29th day of July, 2020.

IT IS FURTHER ORDERED that a telephonic status hearing is scheduled for 10:00 AM, November 20, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

_____
U.S. Magistrate Judge

- 2 -