Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUARDO MARTINEZ, individually, and IVONNE MARTINEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation, <br><br> Defendants. | Case No.: 2:19-cv-01886-JAD-VCF <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The Parties, Plaintiffs, Eduardo Martinez & Ivonne Martinez (collectively "Plaintiffs"), and Defendants Diamond Resorts International, Inc. ("DRI"), Diamond Resorts U.S. Collection Development, LLC ("DRUSC"), and Diamond Resorts U.S. Collection Members Association ("DRUSCMA", and with DRI and DRUSC, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree:

1.  Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice

2.  Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

Dated this  31st day of December, 2020.

45816152v1

| | |
|---|---|
| **ALBRIGHT, STODDARD, WARNICK & ALBRIGHT** | **GREENSPOON MARDER LLP** |
| By: */s/ G. Mark Albright, Esq.* | By: */s/ Phillip A. Silvestri, Esq.* |
| G. Mark Albright, Esq. | PHILLIP A SILVESTRI, Esq. |
| Nevada Bar No. 1394 | Nevada Bar No. 11276 |
| 801 S. Rancho Dr., Ste. D-4 | 3993 Howard Hughes Pkwy, Suite 400 |
| Las Vegas, NV 89106 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: _____

45816152v1