Phillip A. Silvestri, Esq.
Nevada Bar No. 11276
Greenspoon Marder LLP
3993 Howard Hughes Pkwy., Ste. 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249
Fax: (954) 333-4256
phillip.silvestri@gmlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDUARDO MARTINEZ, individually, and IVONNE MARTINEZ, individually, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND RESORTS INTERNATIONAL, INC., a Delaware Corporation; DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, a Delaware limited liability company; DIAMOND RESORTS U.S. COLLECTION MEMBERS ASSOCIATION, a Delaware corporation, <br><br> Defendants. | Case No.: 2:19-cv-01886-JAD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 15 |

The Parties, Plaintiffs, Eduardo Martinez & Ivonne Martinez (collectively "Plaintiffs"), and Defendants Diamond Resorts International, Inc. ("DRI"), Diamond Resorts U.S. Collection Development, LLC ("DRUSC"), and Diamond Resorts U.S. Collection Members Association ("DRUSCMA", and with DRI and DRUSC, "Defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(ii) hereby stipulate and agree:

1. Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice

2. Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

Dated this  31st day of December, 2020.

Page 1 of 2

45816152v1

| | |
|---|---|
| **ALBRIGHT, STODDARD,** <br> **WARNICK & ALBRIGHT** | **GREENSPOON MARDER LLP** |
| By: */s/ G. Mark Albright, Esq.* <br>   G. Mark Albright, Esq. <br>   Nevada Bar No. 1394 <br>   801 S. Rancho Dr., Ste. D-4 <br>   Las Vegas, NV 89106 <br>   *Attorneys for Plaintiffs* | By: */s/ Phillip A. Silvestri, Esq.* <br>   PHILLIP A SILVESTRI, Esq. <br>   Nevada Bar No. 11276 <br>   3993 Howard Hughes Pkwy, Suite 400 <br>   Las Vegas, Nevada 89169 <br>   *Attorneys for Defendants* |

### ORDER

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2021

45816152v1